# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| ALICE TOLEDANO, § | |
| § | |
| § | Civil Action No. 4:15-CV-670 |
| v. § | (Judge Mazzant/Judge Mazzant) |
| § | |
| COMMISSIONER, SSA, § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On March 6, 2017, the report of the Magistrate Judge (Dkt. #23) was entered containing proposed findings of fact and recommendations that Plaintiff's Motion for Attorney Fees (Dkt. #20) be granted.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Plaintiff's Motion for Attorney Fees (Dkt. # 20) is **GRANTED**. Plaintiff should be awarded attorney fees under the Equal Access of Justice Act, 28 U.S.C. § 2412(d), in the amount of $7,220.51. This award shall be made payable to Plaintiff via her attorney of record.

**IT IS SO ORDERED.**
SIGNED this 4th day of April, 2017.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE